No. 71–708. Trafficante et al. *v.* Metropolitan Life Insurance Co. et al. C. A. 9th Cir. [Certiorari granted, 405 U. S. 915.] Motion to permit two counsel to argue on behalf of respondents granted.

No. 71–850. United States *v.* Mara, aka Marasovich. C. A. 7th Cir. [Certiorari granted, 406 U. S. 956.] Motion of Legal Aid Society of New York for leave to participate in oral argument as *amicus curiae* in support of respondent granted.

No. 71–1031. Tonasket *v.* Washington et al. Appeal from Sup. Ct. Wash. [Probable jurisdiction noted, 407 U. S. 908.] Motion of Colville Confederated Tribes for leave to participate in oral argument as *amicus curiae* granted.

No. 71–1082. Askew, Governor of Florida, et al. *v.* American Waterways Operators, Inc., et al. Appeal from D. C. M. D. Fla. [Probable jurisdiction noted, 405 U. S. 1063.] Motions to permit two counsel to argue on behalf of appellants and two counsel to argue on behalf of appellees granted.

No. 71–1192. Goldstein et al. *v.* California. App. Dept., Super. Ct. Cal., County of Los Angeles. [Certiorari granted, 406 U. S. 956.] Motion of Information Industry Assn. for leave to file untimely brief as *amicus curiae* granted. Motion of the Attorney General of California for additional time to participate in oral argument as *amicus curiae* denied.

No. 71–1470. Lemon et al. *v.* Kurtzman, Superintendent of Public Instruction of Pennsylvania, et al. Appeal from D. C. E. D. Pa. [Probable jurisdiction noted, 406 U. S. 943.] Motion of Pennsylvania Association of Independent Schools to permit two counsel to argue on behalf of appellees denied.